Leonard M. Shulman – Bar No. 126349
Melissa Davis Lowe – Bar No. 245521
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
949-340-3400/Fax: 949-340-3000
E-mail: lshulman@shbllp.com; mlowe@shbllp.com

Attorneys for Plaintiff, Richard A. Marshack,
Chapter 7 Trustee of the bankruptcy estate

**FILED & ENTERED**

**SEP 18 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No. 8:13-bk-14701-CB |
| **WILLIAM GEORGE WEILER, JR.** | Chapter 7 |
| Debtor. | Adv. Case No. 8:15-ap-01256-CB |
| **RICHARD A. MARSHACK,** solely in his capacity as Chapter 7 Trustee | **JUDGMENT AGAINST DEFENDANT ON CHAPTER 7 TRUSTEE'S COMPLAINT TO DENY DEBTOR'S DISCHARGE** |
| Plaintiff, | Hearing: |
| v. | Date: September 8, 2015<br>Time: 1:30 p.m.<br>Courtroom: 5D |
| **WILLIAM GEORGE WEILER, JR.** | Place: 411 W. Fourth Street<br>         Santa Ana, CA 92701 |
| Defendant. | |

A hearing was held on September 8, 2015, at 1:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Chapter 7 Trustee's Motion for Default Judgment Against Defendant on Complaint To Deny Debtor's Discharge filed July 23, 2015 as Docket #10 ("Motion"). Melissa Davis Lowe of Shulman Hodges & Bastian appeared on behalf of the Plaintiff. Robert English appeared on behalf of the Defendant. No other appearances were made.

//

1  The Court having read and considered the Motion, heard the statements of counsel and with good
2  cause shown,
3  IT IS ORDERED
4  1.) The Motion is granted.
5  2.) Judgment shall be entered in favor of Plaintiff and against the Defendant on all claims for
6  relief asserted in the Complaint.

7  ###

24  Date: September 18, 2015

Catherine Bauer
United States Bankruptcy Judge