United States Bankruptcy Court
Central District of California

In re:                                                                                         Case No. 13-14701-CB
William George Weiler, Jr                                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8              User: kfirmanC                Page 1 of 2                    Date Rcvd: Sep 18, 2015
                                  Form ID: van57                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2015.
db              +William George Weiler, Jr,   6852 Lafayette Dr,   Huntington Beach, CA 92647-4048
aty             +Robert P Goe,   Goe & Forsythe LLP,   18101 Von Karman Avenue,    Suite 510,
                  Irvine, CA 92612-7127
aty            ++++SHULMAN HODGES & BASTIAN LLP,    100 SPECTRUM CENTER DR STE 600,    IRVINE CA 92618-4969
                  (address filed with court: Shulman Hodges & Bastian LLP,    8105 Irvine Center Dr, Ste 600,
                  Irvine, CA 92618)
34511552        +California Coast Credit Union,   c/o Christopher V. Hawkins, Esq.,
                  Sullivan Hill Lewin Rez & Engel,   550 West C Street, Suite 1500,    San Diego, CA 92101-3570
33946506        +Citi Mortgage,   PO Box 100,   Southfield, MI 48037-0100
34373215         CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
33946507        +First Future Credit Union,   5890 Pacific Center Blvd,   San Diego, CA 92121-4235
33946508        +Gregory Markow,   600 West Broadway, Ste 600,   San Diego, CA 92101-3359
33946510        +MDL Group,   3065 South Jones Blvd, Ste 201,   Las Vegas, NV 89146-6780
33946511        +PR Properties Group,   255 East Warm Springs Road, Ste 100,    Las Vegas, NV 89119-4275
33946512        +Stewart Default Service,   7676 Hazard Center Drive 820,   San Diego, CA 92108-4516
34013184         UNION BANK OF CALIFORNIA,   PO BOX 85443,   SAN DIEGO CA 92186-5443
34504009        +Union Bank NA,   Attn: G. Calica,   PO Box 85600, 2-36D-224,   San Diego, CA 92186-5600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: itcdbg@edd.ca.gov Sep 19 2015 01:48:32     Employment Development Dept.,
                  Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
smg              E-mail/Text: BKBNCNotices@ftb.ca.gov Sep 19 2015 01:49:20     Franchise Tax Board,
                  Bankruptcy Section MS: A-340,   P.O. Box 2952,   Sacramento, CA 95812-2952
cr              +E-mail/Text: rudolph@sullivanhill.com Sep 19 2015 01:49:15     California Coast Credit Union,
                  c/o Sullivan Hill,   550 West C Street, Suite 1500,   San Diego, CA 92101-3570
33946505        +E-mail/Text: bankruptcy@calcoastcu.org Sep 19 2015 01:48:37     California Coast Credit Union,
                  PO Box 502080,   San Diego, CA 92150-2080
33946509         E-mail/Text: bankruptcyonlinefilings@logixbanking.com Sep 19 2015 01:48:45
                  Lockheed Federal Credit Union,   2340 N Hollywood Way,   Burbank, CA 91510
34766982         E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV Sep 19 2015 01:48:32     Office of the U.S. Trustee,
                  411 West Fourth Street, Suite 9041,   Santa Ana, CA 92701-8000
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r                Clarence Yoshikane
intp             Courtesy NEF
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2015 at the address(es) listed below:
          Christopher V Hawkins    on behalf of Interested Party    Courtesy NEF Hawkins@sullivanhill.com,
           bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com;millerick@sulliva
           nhill.com
          Christopher V Hawkins    on behalf of Creditor    California Coast Credit Union
           Hawkins@sullivanhill.com,
           bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com;millerick@sulliva
           nhill.com
          Leonard M Shulman    on behalf of Trustee Richard A Marshack (TR) lshulman@shbllp.com
          Leonard M Shulman    on behalf of Plaintiff Richard A. Marshack lshulman@shbllp.com
          Melissa Davis Lowe    on behalf of Trustee Richard A Marshack (TR) mdavis@shbllp.com,
           lverstegen@shbllp.com

```
District/off: 0973-8          User: kfirmanC            Page 2 of 2               Date Rcvd: Sep 18, 2015
                              Form ID: van57           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Melissa Davis Lowe    on behalf of Plaintiff Richard A. Marshack mdavis@shbllp.com, lverstegen@shbllp.com
        Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA) nancy.goldenberg@usdoj.gov
        Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
        Robert C English    on behalf of Debtor William George Weiler, Jr robert@englishlaw.us
        Robert P Goe    on behalf of Attorney Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
        Ryan D ODea    on behalf of Plaintiff Richard A. Marshack rodea@shbllp.com, sswartzell@shbllp.com
        Ryan D ODea    on behalf of Trustee Richard A Marshack (TR) rodea@shbllp.com, sswartzell@shbllp.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

        TOTAL: 13

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER DENYING DISCHARGE

**DEBTOR(S) INFORMATION:**
William George Weiler Jr
**SSN:** xxx−xx−1783
**EIN:** N/A

6852 Lafayette Dr
Huntington Beach, CA 92647

**BANKRUPTCY NO.** 8:13−bk−14701−CB
**CHAPTER** 7

Notice is hereby given that an order was entered **DENYING the DISCHARGE** of the above−named debtor(s).

Dated: September 18, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van57 5/96) VAN−57

**84 / KXF**